| | |
|---|---|
| 1 | DEBRA WONG YANG<br>United States Attorney |
| 2 | LEON W. WEIDMAN<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>CEDINA M. KIM (CSB #147248) |
| 4 | Assistant United States Attorney |
| 5 | 300 North Los Angeles Street Suite 7516<br>Los Angeles, California |
| 6 | Tel. 213 894-2446<br>FAX: 213 894-7819 |
| 7 | Email: Cedina.Kim@usdoj.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DIVISION

| | | |
|---|---|---|
| ANTONIO C. SOLIS, | ) | No. CV 06-1412 RC |
| Plaintiff, | ) | ~~[PROPOSED]~~ **ORDER OF REMAND** |
| v. | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand, pursuant to Sentence 4 of

DATED: _____

_____
HON. ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE