1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  353 Sanjon Road
   Ventura, California 93001
3  Telephone:  (805) 653-7937
   Fax: (805) 643-3062
4  E-Mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Antonio C. Solis

6

7

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     WESTERN DIVISION

11  ANTONIO C. SOLIS,            ]  CASE NO. CV 06-1412-RC
                                 ]
12                               ]
                                 ]  [PROPOSED] ORDER RE PLAINTIFF'S
13                               ]  MOTION FOR ATTORNEY'S FEES
                                 ]  PURSUANT TO 42 U.S.C. § 406(b)
14               Plaintiff,      ]
                                 ]
15  v.                           ]
                                 ]
16  MICHAEL J. ASTRUE,           ]
    Commissioner of             ]
17  Social Security,             ]
                                 ]
18                               ]
                                 ]
19               Defendant.      ]  NO HEARING DATE SET
                                 ]
20  _____  ]

21

22       Based upon the court's review of the moving and response

23  papers filed by the parties herein, IT IS ORDERED that counsel for

24  Plaintiff is awarded attorney fees the in the amount of FIVE-

25  THOUSAND  NINE-HUNDRED  NINE  DOLLARS  AND  TWENTY-FIVE  CENTS

26  ($5,909.25) under the 42 U.S.C. § 406(b). Upon receipt of said

27  fee, plaintiff's counsel is hereby ordered, pursuant to the offset

28  provisions of the EQUAL ACCESS TO JUSTICE ACT (EAJA), to reimburse

1   to plaintiff the full amount of the EAJA fee previously awarded to

2   plaintiff's counsel in the amount of ONE-THOUSAND FIVE-HUNDRED

3   TWENTY EIGHT DOLLARS AND TWENTY -FIVE CENTS ($1,528.25).

4   **IT IS SO ORDERED.**

5

6   Dated: 12-3-2008

## ROSALYN M. CHAPMAN

7   _____
    ROSALYN M. CHAPMAN
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2